UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE JOSEPH NAJJAR,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL PIERRE,* Director,<br>U.S. Citizenship and Immigration<br>Services; MICHAEL CHERTOFF,<br>Secretary, U.S. Department of Homeland<br>Security; and ALBERTO GONZALES,<br>U.S. Attorney General,<br><br>　　　　　　　Defendants. | Civil Case No. 06-CV-1473-WQH (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

　　　The Joint Motion to the Dismiss, filed on January 22, 2007 by all parties, is **GRANTED**. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: January 23, 2007

　　　　　　　　　　　　　　　　　　　　　*William Q. Hayes*
　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

*Paul Pierre is substituted for his predecessor, Debra Rogers, as Director of the San Diego District Office of the United States Citizenship and Immigration Service, Department of Homeland Security, pursuant to Fed. R. Civ. P. 25(d)(1).